

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00015-CV |
| IN RE:  READYONE INDUSTRIES, INC., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Bonnie Rangel, presiding judge of the 171st District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted.  We therefore direct the trial court to vacate its discovery order, in accordance with the opinion of this Court.  The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.